IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02193-WYD-MEH

BRICKHOUSE SOFTWARE, INC.,

    Plaintiff,

v.

BRICKHOUSE MOBILE, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 6, 2006.**

Based upon the parties' agreement, and the entire record herein, the Joint Stipulated Motion for Protective Order [Filed March 6, 2006; Docket #14] is **granted**. The Court will sign the Protective Order and enter it on the record.