IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02193-WYD-MEH

BRICKHOUSE SOFTWARE, INC.,

     Plaintiff,

v.

BRICKHOUSE MOBILE, INC.,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 28, 2006.**

Pursuant to the settlement reached between the parties in this matter, Plaintiff's Motion to Compel Discovery responses and for Sanctions [Filed May 24, 2006; Docket #19]; Plaintiff's Second Motion to Compel Brickhouse Mobile's Discovery Responses and for Sanctions [Filed July 31, 2006; Docket 27]; Plaintiff Brickhouse's Motion for Protection and for return of Privileged Document [Filed August 30, 2006; Docket #33]; and Plaintiff Brickhouse's Motion to Amend the Initial Scheduling Order [Filed September 19, 2006; Docket #42] are **denied** as moot.