IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02193-WYD-MEH

BRICKHOUSE SOFTWARE, INC.,

    Plaintiff,

v.

BRICKHOUSE MOBILE, INC.,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER is before the Court on the Joint Stipulation of Dismissal (filed November 9, 2006).  The Stipulation states that a settlement has been reached and that Plaintiff voluntarily dismisses this case with prejudice pursuant to FED. R. CIV. P. 41(a).  I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Joint Stipulation of Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(a), all parties to pay their own attorney fees and costs.

    Dated:  November 14, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge